No. 11–9611. ANDERSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–9619. MORISSETTE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9623. MADEIRA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–9630. BROWN v. LeBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 11–9631. DAIAK v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9637. PEREZ v. SMITH, SUPERINTENDENT, SHAWAN-GUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9641. MILLER v. PHELPS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9651. WIMBERLY v. WALDEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9653. RAGHUNATHAN ET UX. v. CHASE HOME FI-NANCE, LLC. Super. Ct. Pa. Certiorari denied.

No. 11–9655. DENNIS v. ILLINOIS DEPARTMENT OF EMPLOY-MENT SECURITY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9662. HAWKS v. CURRY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9663. HAGGARD v. CURRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9664. GRAVES v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certio-rari denied.